UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES MAGAZINE and ELIZABETH
PEKIN,

    Plaintiffs,

v.   Case No: 8:19-cv-2842-T-36SPF

LEXINGTON INSURANCE COMPANY
and FRSTEAM BY ROGERS,

    Defendants.
_____/

## **ORDER**

This matter comes before the Court upon Plaintiffs' Motion to Remand (Doc. 5) and the parties' Joint Stipulation on Plaintiffs' Motion to Remand (Doc. 6). In the stipulation, the parties request that the Court grant Plaintiffs' Motion to Remand, with the exception of Plaintiffs' request for attorneys' fees and costs. Doc. 6. Pursuant to the parties' stipulation, this case will be **REMANDED** to the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida.

Accordingly, it is **ORDERED**:

1. Plaintiffs' Motion to Remand (Doc. 5) is **GRANTED-in-part** as to Plaintiffs' request that this case be remanded and **DENIED-in-part** as to Plaintiffs' request for attorneys' fees and costs.

2. This case is remanded to the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida.

3. The Clerk is directed to send a certified copy of this Order to the Clerk of Court for the Sixth Judicial Circuit in and for Pinellas County, Florida.

4. The Clerk is further directed to terminate all pending deadlines and to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on November 26, 2019.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any